**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-7348**

GREGORY MAURICE LEE,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF NORTH CAROLINA,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, District Judge.  (CA-97-316-3-MU)

Submitted:  January 15, 1998          Decided:  January 28, 1998

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Gregory Maurice Lee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] <u>Lee v. Attorney General of North Carolina</u>, No. CA-97-316-3-MU (W.D.N.C. July 22, 1997). We deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] To the extent Appellant alleges due process violations regarding his administrative hearing and that he was improperly denied parole, these claims also fail. <u>See</u> <u>Sandin v. Connor</u>, __ U.S. ___, 63 U.S.L.W. 4601, 4604-05 (U.S. June 19, 1995) (No. 93-1911) (noting with approval the procedural due process principles outlined in <u>Wolff v. McDonnell</u>, 418 U.S. 539, 557, 564-66 (1974)); <u>Greenholtz v. Inmates of the Neb. Penal & Correctional Complex</u>, 442 U.S. 1, 7 (1979) ("There is no constitutional or inherent right of a convicted person to be conditionally released before the expiration of a valid sentence.").